IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GARY ROBINSON,                         :

    Petitioner,                      :

vs.                                    :    CIVIL ACTION 08-00332-WS-B

LILLIAN WATSON-FOSTER, *et al.*,       :

    Respondents.                     :


<u>ORDER</u>

    After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

    It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED**.

    DONE this 1st day of September, 2009.


                <u>s/WILLIAM H. STEELE</u>
                **UNITED STATES DISTRICT JUDGE**