```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**GARY ROBINSON,**                          :

    **Petitioner,**                       :

vs.                                         :   CIVIL ACTION 08-00332-WS-B

**LILLIAN WATSON-FOSTER,** *et al.*,        :

    **Respondents.**                      :

                                                                  :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents and against Petitioner Gary Robinson.

DONE this 1st day of September, 2009.

                                                    s/WILLIAM H. STEELE
                                                  **UNITED STATES DISTRICT JUDGE**